**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Thomas Florence v. Robbie L. Guarnelo

Appellate case number:   01-17-00690-CV

Trial court case number: 16FD3374

Trial court:             County Court at Law No 2 of Galveston County

This court issued an opinion on November 16, 2017, dismissing this appeal. On its own motion, the court grants rehearing based on the date Florence filed his first notice of appeal in August 2017.

The opinion and judgment of November 16, 2017 are ordered withdrawn, and the appeal is reinstated on the active docket. Appellant's motion for rehearing is dismissed as moot.

Appellant's motion for access to the record is granted and the Clerk of the Court is directed to send appellant a copy of the clerk's record. No reporter's record was taken.

Appellant's brief **shall be filed within 30 days of the date of this order**.

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Massengale and Caughey


Date: February 13, 2018